**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| WILBERT HACKLEY, | |
| Plaintiff, | CIVIL ACTION NO. 3:16-CV-0171 |
| | (JUDGE CAPUTO) |
| v. | |
| DAVID EBBERT, *et al.*, | (MAGISTRATE JUDGE CARLSON) |
| Defendants. | |

## ORDER

**NOW**, this 3rd day of March, 2017, **IT IS HEREBY ORDERED** that:

(1) Magistrate Judge Carlson's Report and Recommendation (Doc. 28) is **ADOPTED in its entirety**.

(2) Defendants' "Motion to Dismiss and/or for Summary Judgment" (Doc. 16) is **GRANTED**.

(3) Plaintiff's Amended Complaint (Doc. 10) is **DISMISSED with prejudice**.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge